**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000457
19-DEC-2025
08:20 AM
Dkt. 17 ODSD**

NO. CAAP-25-0000457

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
MOSES A. LIBERO, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-18-0000112)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on August 11, 2025 and September 10, 2025, respectively;

(2) Self-represented Defendant-Appellant Moses Angelo Libero (Libero) failed to file either document, or request an extension of time;

(3) On September 16, 2025 the appellate clerk entered a default notice informing Libero that the time for filing the statement of jurisdiction and opening brief had expired; the matter would be called to the court's attention on September 26, 2025 for appropriate action, which could include dismissal of the appeal under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30; and Libero could request relief from default by motion; and

(4) Libero has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 19, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge